# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-mj-00163-PAL |
| Plaintiff, | |
| vs. | STIPULATION TO CONTINUE BENCH TRIAL |
| ANDREW LEON CHAVEZ, | (First Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Steven W. Myhre, Acting United States Attorney, and John Patrick Burns, Assistant United States Attorney, counsel for the United States of America, and Martin Melendrez, Esquire, counsel for defendant, that the bench trial in the above-captioned matter, currently scheduled for May 10, 2017, at the hour of 9:00 a.m., be vacated and continued for thirty (30) days or to a date and time convenient to the Court.

This stipulation is entered into for the following reasons:

1. The parties are in the process of negotiating a resolution of the case that would obviate the need for trial. The parties need additional time to do so.

2. Defendant is out of federal custody and agrees to the continuance.

1

3. Denial of this request for a trial continuance would prejudice both the Defendants and the Government and unnecessarily consume this Court's valuable resources, taking into account the exercise of due diligence.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. This is the first request for continuance of the trial in this case.

DATED this     day of May, 2017.

Respectfully submitted,

STEVEN W. MYHRE
Acting United States Attorney

/s/ Martin Melendrez                    /s/ John Patrick Burns
MARTIN MELENDREZ, ESQ.                  JOHN PATRICK BURNS
Counsel for defendant                   Assistant United States Attorney
**ANDREW LEON CHAVEZ**

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ANDREW LEON CHAVEZ,<br><br>　　　　Defendant. | Case No: 2:17-mj-00163-PAL<br><br>ORDER CONTINUING<br>BENCH TRIAL |

　　　Based on the pending stipulation of counsel, and good cause appearing therefore,

　　　IT IS HEREBY ORDERED that the bench trial in the above-captioned matter currently scheduled for May 10, 2017, at the hour of 9:00 a.m., be vacated and continued to June 14, 2017, at the hour of 9:00 a.m.

　　　DATED this 9th day of May, 2017.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE